■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT DAVIS, Appellant. [636 NYS2d 706] —Judgment unanimously affirmed. Memorandum: The evidence at trial, when viewed in the light most favorable to the People *(see, People v*

*Contes,* 60 NY2d 620, 621), established a physical injury within the meaning of Penal Law § 10.00 (9) *(see, People v Pope,* 174 AD2d 319, *lv denied* 78 NY2d 1079). We note that defendant's remaining contention on appeal, that the failure to charge the jury on circumstantial evidence was error, is not preserved for our review *(see,* CPL 470.05 [2]), and we decline to reach the issue as a matter of discretion in the interest of justice *(see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Monroe County Court, Egan, J.—Robbery, 2nd Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.